UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO VILLAFLOR,

       Plaintiff,                            Civil Action No.
                                                04-CV-74140-DT

vs.

                                                HON. BERNARD A. FRIEDMAN

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

       Defendant.

_____/

## ORDER REGARDING DEPOSITIONS AND TRIAL

On June 8, 2006, this matter came before the court for a final pretrial conference. For the reasons stated on the record,

IT IS ORDERED that defendant shall bring a complete copy of the claims file to each of the depositions listed below. If defendant redacts the file in any way, the redactions are to be placed in a separate envelope and also brought to the depositions.

IT IS FURTHER ORDERED that retired judge Pamela Harwood is appointed to oversee the depositions and to rule on any objections which arise. The parties are to abide by Judge Harwood's rulings; however, the parties may request that the court reconsider her rulings if the objections at issue become relevant at trial. The depositions will take place at Judge Harwood's office or as she directs, and her fees are to be shared equally by the parties.

IT IS FURTHER ORDERED that defendant make Kim Grassel available for 2.5 hours for the completion of her deposition.

IT IS FURTHER ORDERED that defendant make Ron Ikens available for 3 hours for the completion of his deposition.

IT IS FURTHER ORDERED that defendant make Bonnie Childs available for an 8-hour deposition.

IT IS FURTHER ORDERED that defendant make Wendy Rogers and Roddy Lynch available for 8-hour depositions each. If these deponents were not involved in handling this case, plaintiff must reimburse them for their travel costs and their time.

IT IS FURTHER ORDERED that defendant make Amy Berger available of an 8-hour deposition.

IT IS FURTHER ORDERED that the trial will commence with jury selection on Tuesday, September 19, 2006, at 9:00 a.m.

IT IS FURTHER ORDERED that the court's previous discovery rulings are vacated, counsel having indicated at the final pretrial conference that the depositions indicated above, and the claims file, are the only discovery still needed.

IT IS FURTHER ORDERED that all pending discovery motions are denied as moot.

                                                                  __s/Bernard A. Friedman_____
                                                                  BERNARD A. FRIEDMAN
                                                                  CHIEF UNITED STATES DISTRICT JUDGE

Dated:  June 14, 2006
            Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.

_____/s/ Patricia Foster Hommel_____
           Patricia Foster Hommel
     Secretary to Chief Judge Friedman