

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO VILLAFLOR,

    Plaintiff,

Civil Action No.
04-CV-74140-DT

HON. BERNARD A. FRIEDMAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## JUDGMENT ON JURY VERDICT

This action having been tried to a jury and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for plaintiff, and against defendant, in the amount of $193,440 (One Hundred Ninety-Three Thousand Four Hundred Forty Dollars). Costs and post-judgment interest to be permitted in accordance with law.

DAVID J. WEAVER,
CLERK OF COURT

By:_____

DATE: NOV 1 3 2006

APPROVED:

_____
BERNARD A. FRIEDMAN
CHIEF U.S. DISTRICT JUDGE